1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DOUGLAS DENASL BROWN,

11              Petitioner,              No. CIV S-06-0349 DFL KJM P

12       vs.

13  STATE OF CALIFORNIA BOARD
    OF PAROLE HEARINGS, et al.,

14

15              Respondent.              ORDER
    _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On October 13, 2006, the magistrate judge filed findings and recommendations

20  herein which were served on petitioner and which contained notice to petitioner that any

21  objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22  has not filed objections to the findings and recommendations.

23          Although it appears from the file that petitioner's copy of the findings and

24  recommendations were returned, petitioner was properly served.  It is the petitioner's

25  responsibility to keep the court apprised of his current address at all times.  Pursuant to Local

26  Rule 83-182(f), service of documents at the record address of the party is fully effective.

                                        1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed October 13, 2006 are adopted in full; and

2.  Petitioner's application for writ of habeas corpus is dismissed for failure to exhaust state court remedies.

DATED: 11/30/2006

DAVID F. LEVI
United States District Judge

2